**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHRISTIAN MANUEL
LAMINIA GUACHAMBALA, )
Petitioner, . )
. )
v. ) Case No.________________
)
Todd M. Lyons, Acting New York Field Office )
Director, Immigration Customs and Enforcement )
and Removal Operations, ("ICE/ERO, Todd M. Lyons, )
Director of Customs Enforcement ("ICE"); )
U.S. Immigration and Customs Enforcement; )
Kristi Noem, Secretary of the Department of Homeland )
Security {"DHS"); U.S. Department of Homeland Security)
Pamela Bondi, Attorney General of the United States, and )
United States Department of Justice ("DOJ") )
)
Respondents )
____________________________________________ )

# PETITION AND COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND HABEAS RELIEF

## NATURE OF ACTION

1. Petitioner, Christian Manuel Laminia Guachambala, an alien presently in the custody of the New York City office of Immigration Customs and Enforcement ("ICE") at 26 Federal Plaza, New York, New York seeks habeas corpus relief.

2. ICE arrested Petitioner in the Bronx, New York without a warrant on March 4, 2026 in New York, New York.

3. Petitioner, a 32-year old male native and citizen of Ecuador and also a citizen of Spain, may be removed out of the jurisdiction, and petitions the U.S. District Court to declare his mandatory detention without bond unlawful and stay his removal outside of the New York jurisdiction.


https://d.docs.live.net/b67e6f73a9f59833/Documents/Habeus Corpus/Habeas Corpus Christian Manuel Laminia Guachambala/Habeas Complaint Southern District NY1.docx

4. Petitioner has no criminal arrests, offense or adjudication of an underlying offense in any jurisdiction in the United States except for two arrests for alcohol related offenses which resulted in dismissals.

5. Due to a policy adopted by Respondents in July, 2025, all aliens such as Petitioner are subject to mandatory detention without bond. Petitioner petitions this Court for an order declaring his mandatory detention unlawful and immediate relief.

**JURISDICTION**

6. This action arises under the United States Constitution and the Immigration and Nationality Act, 8 U.S.C. §§ 1101 et seq. This Court has habeas corpus jurisdiction pursuant to 28 U.S.C. § 2241 and Art. I & 9, Clause 2 of the United States Constitution (Suspension Clause).

**VENUE**

7. Venue lies with this Court because Petitioner is detained under the jurisdiction of the New York City office of ICE at 26 Federal Plaza, New York, NY.

**PARTIES**

8. Petitioner is a 32-year-old male, native and citizen of Ecuador and also a citizen of Spain, who has been detained under the jurisdiction of the New York office of ICE since yesterday, March 4, 2026. He seeks issuance of a writ of habeas corpus.

9. Respondent Todd M. Lyons is the Director of ICE. He is named in his official capacity. He is responsible for the enforcement of the immigration laws, including against Petitioner. He is also the Acting New York Field Office Director. His address is U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC, 20536, and at the New York Field Office, ICE, .26 Federal Plaza, 9th Floor, New York, New York, 10278.


https://d.docs.live.net/b67e6f73a9f59833/Documents/Habeus Corpus/Habeas Corpus Christian Manuel Laminia Guachambala/Habeas Complaint Southern District NY1.docx

10. Respondent Department of Homeland Security ("DHS") is an executive department of the United States Government. DHS is headquartered in Washington, D.C.

11. Defendant ICE is a component of DHS headquartered in Washington, DC.

12. Defendant Kirsti Noem is the Secretary of DHS. She is named in her official capacity. She is responsible for the administration and enforcement of the immigration laws, including against Petitioner. She supervises the DHS and ICE Respondents. Her address is U.S. Department of Homeland Security, 800 K Street, NW #1000, Washington, DC, 20528.

13. Respondent Pamela Bondi is the Attorney General of the United States. She is named in her official capacity. She is responsible for the administration of the immigration laws as exercised by the EOIR. 8 U.S.C. § 1103(g). EOIR administers Petitioner's removal proceedings, and supervises immigration judges and the Board of Immigration Appeals. Her address is U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530.

14. Respondent Department of Justice ("DOJ") is an executive department of the United States Government. DOJ is headquartered in Washington, DC.

**FACTUAL ALLEGATIONS**

15. Petitioner entered the United States, and admitted into the United States, on September 27, 2019 at the John F. Kennedy International Airport.

16. U.S. Customs and Border Patrol admitted him under the Visa Waiver Program (VWP) authorized by the U.S. Department of State because he was carrying a Spanish passport. **Exhibit A**.

17. Petitioner is being detained unlawfully under 8 U.S.C 1225(b)(2)(A) [INA Section 235(b)(2)(A)] and in violation of the Due Process Clause.

18. Petitioner, in short, is not an applicant for admission under Section 1225(b).

19. In addition, the government made no individual assessment prior to detaining Petitioner.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner requests that this Court enter judgment in his favor and: Order Respondents to free Petitioner, and permit Petitioner to file an application for attorney's fees and costs pursuant to 5 U.S.C. §504 and 28 U.S.C. §2412 within the time period provided by the Local Rules.

March 5, 2026

Respectfully submitted,

Leonard H. Hecht
Thomas T. Hecht, P.C.
729 Seventh Avenue, 14th floor
New York, New York 10019
212-245-5556
Email: leonard.hecht@hechtlaw.com
Attorney for Petitioner



https://d.docs.live.net/b67e6f73a9f59833/Documents/Habeus Corpus/Habeas Corpus Christian Manuel Laminia Guachambala/Habeas Complaint Southern District NY1.docx