Official Website of the Department of Homeland Security

Report Cri

Main Menu

# Search Results: 1

**CHRISTIAN LAMINIA GUACHAMBALA**

**Country of Birth :** Ecuador
**A-Number:** 222514622
**Status :** In ICE Custody
**State:** NY
**Current Detention Facility**: BROOKLYN MDC
*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

## Related Information

## Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

## External Links



Bureau of Prisons Inmate Locator

DHS.gov USA.gov OIG OpenGov FOIA Metrics No Fear Act Site Map Site Policies & Plug-Ins