THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE
RESULT OF YOUR
RECORD REQUEST FOR FBI/2VEHJKPAC. INDIVIDUAL'S RECORD WILL
BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE
FOLLOWING SOURCES:
 FBI           - FBI/2VEHJKPAC
 NEW YORK     - STATE ID/NY16127746
END
CR.WVFBINF00
07:25 03/16/2026 25970
07:25 03/16/2026 51915 VTICE1991
*WWWXR9HWQ9
TXT
HDR/2L01WWWXR9HWQ9
ATN/KMKOLEK
********************* CRIMINAL HISTORY RECORD
*********************

*************************** Introduction
***************************

This rap sheet was produced in response to the following
request:

FBI Number         2VEHJKPAC
Request Id        WWWXR9HWQ9
Purpose Code      C
Attention         KMKOLEK

The information in this rap sheet is subject to the
following caveats:

This record is based only on the FBI number in your
request-UCN:
2VEHJKPAC Because additions or deletions may be made at
any time, a new
copy should be requested when needed for subsequent use.
(US;
2026-03-16)

All entries contained in this FBI record are based on
fingerprint
comparisons and pertain to the same individual.(US; 2026-
03-16)

The use of this record is regulated by law. It is provided
for official
use only and may be used only for the purpose requested.
(US;
2026-03-16)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * *
DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - -
- - - - - -

```
************************** IDENTIFICATION
**************************


Subject Name(s)


LAMINIAGUACHAMBALA, CHRISTIAN
LAMINIA GUACHAMBALA, CHRISTIAN  (AKA)
LAMINIA, CHRISTIAN  (AKA)
LAMINIAGUACHAMBALA, CHRISTIAN M  (AKA)


Subject Description


FBI Number              State Id Number
2VEHJKPAC               NY16127746 (NY)


Miscellaneous Numbers
222514622                                    AR
1293356095                                   FN


Sex                     Race
Male                    Black


Height                  Weight              Date of
Birth
5'05"                   180                 1993-06-03


Hair Color              Eye Color
Fingerprint Pattern
Black                   Brown
WURSRSRSRSWUAULSLSLS  (Other)




Place of Birth          Citizenship
Ecuador                 Spain
                        Unknown


Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG
CLARKSBURG WVFBINF00
Capture Date                   2026-03-04
(No Fingerprint Image Transmitted
Comment:BSI: 40640695857)


Photo Images
Photo Image Available          FBI-CJIS DIV-CLRKSBG
CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                   2026-03-04
(No Photo Image Transmitted
Comment:BSI: 40640695854)



************************** CRIMINAL HISTORY
**************************


============================ Cycle 001
```

Last Request:03/16/2026 14:25 UTC
FBI Number:2VEHJKPAC

Uploaded on: 03/16/2026 at 11:50:42 AM (Eastern Daylight Time)  Base City: ELZ

```
------------------------------------------------------------
---------------
Arrest Date               2026-03-04
Arrest Case Number        10760817077
Arresting Agency          NYICE0700 ICE/ERO NEW YORK NEW
YORK
Subject's Name            LAMINIA GUACHAMBALA,CHRISTIAN
Charge                    1
        Charge Literal    237A1B NONIMMIGRANT OVERSTAY
              Severity    Unknown
***********************   INDEX OF AGENCIES
*************************


Agency                    ICE/ERO NEW YORK; NYICE0700;
Agency Telephone          646 647-4449
Agency Email Address
Address                        9TH FL
                          26 FEDERAL PLAZA
                          NEW YORK, NY 10278



    * * * END OF RECORD * * *
CR.NYIII0000
07:25 03/16/2026 15963
07:25 03/16/2026 51935 VTICE1991
*WWWXR9HWQ9
TXT
HDR/2L01WWWXR9HWQ9
ATN/KMKOLEK
*********************   CRIMINAL HISTORY RECORD
**********************


***************************   Introduction
***************************


This rap sheet was produced in response to the following
request:

FBI Number                2VEHJKPAC
State Id Number           16127746 ()
Request Id                WWWXR9HWQ9
Purpose Code              C
Attention                 KMKOLEK


The information in this rap sheet is subject to the
following caveats:


Multi-Source - Subject has information maintained by other
states or in
multiple NYS files maintained by the FBI available through
the
Interstate Identification Index. Refer to FBI Number:


Sentencing - Where an individual is sentenced June 1, 1981
or later on
more than one charge within a docket, the sentence may be
considered to
be concurrent unless identified as consecutive.
```

Last Request:03/16/2026 14:25 UTC
FBI Number:2VEHJKPAC

Uploaded on: 03/16/2026 at 11:50:42 AM (Eastern Daylight Time) Base City: ELZ
                        ***********************

           Subject Name(s)

           LAMINIA GUACHAMBALA, CHRISTIAN

           Subject Description

                                    State Id Number
                                    16127746M


           Sex                   Race                 Skin Tone
           Male                  Black                 Medium


           Height                Weight                Date of
           Birth
           5'05"                 180                   1993-06-03


           Hair Color            Eye Color
           Black                 Brown



           Place of Birth                             Ethnicity
           Ecuador                                    Hispanic
           Or Latino


           Residence
           Residence as of
                                    509 WEST 161 STREET
                                    MANHATTAN, NY



           ************************  CRIMINAL HISTORY
           ************************


           ============================== Cycle 001
           ==============================
           Tracking Number          705119862
           Earliest Event Date      2023-11-18 Incident Date
           2023-11-18
           ------------------------------------------------------------
           ---------------
           Arrest Date              2023-11-18
           Arresting Agency         NY0303033 NYCPD PCT 033
           Subject's Name           LAMINIA GUACHAMBALA, CHRISTIAN
           Comment(s)               Court of Arraignment : NY030033J
           NEW YORK
                                    COUNTY CRIMINAL COURT
           Charge Tracking Number   705119862
                        Statute     DWI:Alcohol Or Drugs-1st Offense
           (1192 )
                NCIC Offense Code   5404
               State Offense Code   VTL 1192
                          Counts    1
                         Severity   Misdemeanor
                 Inchoate Charge    Completed
           Charge Tracking Number   705119862
                        Statute     Refusal To Take Breath Test (1194

Last Request:03/16/2026 14:25 UTC
FBI Number:2VEHJKPAC

Uploaded on:  03/16/2020 at 11:50:42 AM (Eastern Daylight Time)  Base City:  ELZ

```
                    NCIC Offense Code   5499
                    State Offense Code  VTL 1194 SUB 01B
                               Counts   1
                             Severity   Infraction
                      Inchoate Charge   Completed


             ------------------------------:---------------------------
             --------------
             Booking Case Number    M23649724
             Booking Agency         NY0303033 NYCPD PCT 033
             -----------------------------------------------------------
             --------------
             Court Disposition      (Cycle 001)
             Court Case Number      CR-033390-23NY
             Final Disposition Date 2024-10-24
             Court Agency           NY030033J New York County Criminal
             Court
             Charge Tracking Number 70511986Z
                             Statute  Driving While Ability Impaired By
             The
                                      Consumption of Alcohol (1192 SUB
             01 )
                  State Offense Code  VTL 1192 SUB 01
                             Counts   1
                           Severity   Infraction
                    Inchoate Charge   Completed
                        Disposition   ( 2024-10-24; Convicted Upon Plea
             Of Guilty)
             -----------------------------------------------------------
             --------------
             Court Disposition      (Cycle 001)
             Court Case Number      CR-033390-23NY
             Final Disposition Date 2024-10-24
             Court Agency           NY030033J New York County Criminal
             Court
             Charge Tracking Number 70511986Z
                             Statute  DWI:Alcohol Or Drugs-1st Offense
             (1192 )
                  State Offense Code  VTL 1192
                             Counts   1
                           Severity   Misdemeanor
                    Inchoate Charge   Completed
                        Disposition   ( 2024-10-24; Not Arraigned)
             Charge Tracking Number 70511986Z
                             Statute  Refusal To Take Breath Test (1194
             SUB 01B )
                  State Offense Code  VTL 1194 SUB 01B
                             Counts   1
                           Severity   Infraction
                    Inchoate Charge   Completed
                        Disposition   ( 2024-10-24; Not Arraigned)
             -----------------------------------------------------------
             --------------
             Sentencing             (Cycle 001)
             Sentence Date          2024-10-24
             Court Case Number      CR-033390-23NY
             Charge Tracking Number 70511986Z
                             Statute  Driving While Ability Impaired By
             The
                                      Consumption of Alcohol (1192 SUB
```

Last Request:03/16/2026 14:25 UTC
FBI Number:2VEHJKPAC

Uploaded on: 03/16/2026 at 11:50:42 AM (Eastern Daylight Time)   Base City: ELZ

```
               NCIC Offense Code  5404
              State Offense Code  VTL 1192 SUB 01
                         Counts  1
                       Severity  Infraction
               Inchoate Charge  Completed
                    Disposition  ( 2024-10-24; )
        Sentence                 Conditional dischargeImpaired
        Driver
                                 ProgramCustody/Fine:/$300License
        Suspended 90
                                 Day(s)
        ***********************  INDEX OF AGENCIES
        ************************


        Agency                   NYCPD PCT 033; NY0303033;


        ------------------------------------------------------------
        ---------------
        Agency                   New York County Criminal Court;
        NY030033J;


              * * * END OF RECORD * * *
```

Last Request:03/16/2026 14:25 UTC
FBI Number:2VEHJKPAC