FILED
CLERK

1:08 pm, Aug 04, 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
**CHRISTIAN MANUEL LAMINIA GUACHAMBALA**

Petitioner,

- against -

**TODD BLANCHE** *Acting Attorney General of the United States,* ***MARKWAYNE MULINS*** *Secretary of the U.S. Department of Homeland Security,* ***TODD LYONS*** *Director, U.S. Immigration and Customs Enforcement,* ***KEN GENALO*** *NY Director, Field Office, Enforcement and Removal Operations. U.S. Immigration and Customs Enforcement,* ***RAUL MALDONADO, JR.*** *Warden, MDC, Brooklyn, New York.,*

Respondents.
-----------------------------------------------------X

**JUDGMENT**
CV 26-2851 (GRB)

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on July 31, 2026; granting Petitioner's petition for a writ of habeas corpus 28 U.S.C. § 2241; directing the respondents to release the petitioner forthwith; and directing the Clerk of Court to close the case, it is

**ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus is granted; and that the case is closed.

Dated: August _4___, 2026
Central Islip, New York

Approved by: *_/s/ Gary R. Brown_*
GARY R. BROWN
United States District Judge

Dated: August 4____, 2026
Central Islip, New York

Approved by: [signature]
BRENNA B. MAHONEY
Clerk of Court